**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**BARRY L. MCMILLIAN**                                                                          **PLAINTIFF**

**VERSUS**                                                             **CAUSE NO.** 1:22cv117-SA-DAS

**ABERDEEN SCHOOL DISTRICT**                                                                **DEFENDANT**

                                                                              **JURY TRIAL DEMANDED**

## COMPLAINT

This is an action to recover actual and punitive damages for retaliation in violation of the Civil Rights Act of 1964 and in violation of 42 U.S.C. § 1981. Supplemental state law claims are made for discharge in violation of public policy and for discharge in violation of Mississippi's whistleblower statute. The following facts support this action:

1.

Plaintiff BARRY L. MCMILLIAN is an adult resident citizen of 20214 Clopton Sykes Road, Aberdeen, Mississippi 39730.

2.

Defendant ABERDEEN SCHOOL DISTRICT is a political subdivision of the State of Mississippi. Defendant School District may be served with process through its Superintendent, Andrea Pastchal-Smith, Ph.D., at 1100 West Commerce Street, Aberdeen, Mississippi 39730.

3.

This Court has federal question jurisdiction under 28 U.S.C. § 1331 and civil rights jurisdiction under 28 U.S.C. § 1343, for claims arising under the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991, and 42 U.S.C. § 1981. This Court has supplemental jurisdiction over Plaintiff's state law claims. This action is authorized by 42 U.S.C. § 1983.

4.

On approximately March 10, 2021, Plaintiff filed EEOC charge number 423-2021-00597, attached hereto as Exhibit "A." Thereafter, through counsel, Plaintiff made detailed complaints, and the EEOC charge remained pending, with there being much animosity between the parties as a result of Plaintiff's making claims of race discrimination, to which Defendant responded with claims that Plaintiff was not working the appropriate hours or was inappropriately off the job. Much animosity resulted from the filing of the charge, even though Plaintiff had a good work record, and Plaintiff reasonably believed that his actions with respect to his work hours were correct, reasonable, and required. Plaintiff has received the right to sue letter with respect to charge number 423-2021-00597, attached hereto as Exhibit "B."

5.

Plaintiff made a complaint to the Mississippi State Auditor concerning the Director of Transportation Willie Brandon, Jr., running his funeral business at a time when he was required to be working for Defendant. The complaint was made via email, which is in the possession of the Mississippi State Auditor.

-2-

6.

On or about August 10, 2021, a representative of the State Auditor's office investigated the complaint by talking to a School District employee, Latosha Campbell. The next day, Plaintiff was placed on leave, and two (2) days later Plaintiff was terminated from his employment.

7.

Plaintiff was terminated for the following reasons:

A. Retaliation for the filing and pursuit of an EEOC charge in violation of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991, and in violation of 42 U.S.C. § 1981;

B. Plaintiff's making a good faith report to the State Auditor in violation of the Mississippi Whistleblower Statute, MISS. CODE ANN. § 25-9-173; and

C. Discharge in violation of Mississippi public policy as established by the *McArn* Doctrine.

8.

Regarding Plaintiff's retaliation claims, Plaintiff has filed the EEOC charge number 423-2021-00839, attached hereto as Exhibit "C," and received the right to sue letter with respect to that charge, attached hereto as Exhibit "D."

9.

Plaintiff has suffered mental anxiety and stress and lost income as a result of Defendant's actions. Additionally, Plaintiff is entitled to an order reinstating him to his employment.

**REQUEST FOR RELIEF**

Plaintiff requests actual damages in an amount to be determined by a jury, reinstatement, and reasonable attorneys' fees, costs and expenses.

RESPECTFULLY SUBMITTED, this the 23rd day of August, 2022.

BARRY L. MCMILLIAN, Plaintiff

By:     /s/ JIM WAIDE
        Jim Waide, MS Bar No. 6857
        waide@waidelaw.com
        WAIDE & ASSOCIATES, P.A.
        Post Office Box 1357
        Tupelo, MS  38802-1357
        (662) 842-7324 / Telephone
        (662) 842-8056 / Facsimile

        ATTORNEYS FOR PLAINTIFF

-4-

STATE OF MISSISSIPPI

COUNTY OF ___Lee___

PERSONALLY came and appeared before me, the undersigned authority in and for the aforesaid jurisdiction, the within named BARRY L. MCMILLIAN, who, after being first duly sworn, states under oath that the facts contained in the above and foregoing COMPLAINT are true and correct as stated therein.

_Barry C. McMillian_
BARRY L. MCMILLIAN

GIVEN under my hand and official seal of office on this the 19th day of August, 2022.

_Sheanna Cowsert Wright_
NOTARY PUBLIC

My Commission Expires: _July 1, 2026_

(SEAL)
STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 60426
SHANNA COWSERT WRIGHT
Commission Expires
July 1, 2026
PONTOTOC COUNTY